IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ARSENAULT,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN MEDICAL SYSTEMS,<br><br>    Defendant.<br>_____/ | No. 11-04343 CW<br><br>ORDER STAYING CASE |

The above-entitled case is stayed pending the motion to transfer before the panel on Multi-District Litigation. The case management conference set for December 20, 2011 is vacated.

Dated: 12/16/2011

                        CLAUDIA WILKEN
                        United States District Judge