IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE ARSENAULT,   No. 11-04343 CW

    Plaintiff,   ORDER STAYING CASE

  v.

AMERICAN MEDICAL SYSTEMS,

    Defendant.
_____/

    The above-entitled case is stayed pending the motion to transfer before the panel on Multi-District Litigation.  The case management conference set for December 20, 2011 is vacated.

Dated: 12/16/2011

CLAUDIA WILKEN
United States District Judge