UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHELLE ARSENAULT,

    Plaintiff,

vs.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendants./

C.A. No. CV 2011-04343

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HACE VICE

Jonathan Orent, whose business address and telephone number is Motley Rice LLC, 321 S. Main Street, Suite 200, Providence, RI 02903 and who is an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia and who is licensed in the Federal District Courts for the District of Massachusetts and the District of Eastern District of Wisconsin, and State Courts of Rhode Island, Massachusetts, and Wisconsin, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 44, *Electronic Case Filing*.

Dated: 1/3/2012

United States District Judge